# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re: <br><br> TODD LEWIS CHEEK <br><br>   Debtor. | Case No. 19-12357 MER <br><br> Chapter 7 |
| KING OF FREIGHT, LLC, <br><br>   Plaintiff, <br><br> v. <br><br> TODD LEWIS CHEEK, <br><br>   Defendant. | Adversary No. 19-01196 MER |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Michael E. Romero, United States Bankruptcy Judge, on January 15, 2021,

IT IS ORDERED AND ADJUDGED as follows:

FINAL JUDGMENT is entered in favor of Plaintiff King of Freight, LLC on its claim for a determination of nondischargeability of debt under § 523(a)(6). King of Freight, LLC's claim against Defendant Todd Lewis Cheek, as evidenced by the Judgment and Order on Citation in Contempt entered against him by the District Court for Sedgwick County, Kansas, Case No. 2017-CV-002688-CE, is nondischargeable.

Dated: January 15, 2021

FOR THE COURT:

KENNETH S. GARDNER, CLERK

_____
Deputy Clerk

APPROVED AS TO FORM:

_____
Michael E. Romero, Judge